United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

STEPHEN GREGERSON,

        Plaintiffs,

    v.

FORD MOTOR COMPANY,

        Defendants.

Case No.  25-cv-10352-NW

**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)**

The Court reviewed the parties' joint case management statement and issues this case-management and pretrial order.  The April 14, 2026 Case Management Conference is vacated.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>    [ ]  Court-sponsored mediation<br>    [ ] Court-sponsored ENE<br>    [ ] Mag. Judge Settlement Conf.<br>    [x]  Private mediation<br>    [ ] Private arbitration<br>    [ ]  Other: | August 14, 2026 |
| Close of Fact Discovery | May 15, 2026 |
| Opening Expert Reports | June 12, 2026 |
| Rebuttal Expert Reports | July 10, 2026 |

United States District Court
Northern District of California

| Close of Expert Discovery | July 31, 2026 |
|---|---|
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: August 21, 2026 <br> **Responses**: September 04, 2026 <br> **Replies**: September 11, 2026 |
| Hearing on Dispositive and *Daubert* Motions | October 14, 2026, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | December 02, 2026 |
| Final Pretrial Conference | December 16, 2026, at 2:00 p.m. |
| Trial | January 11, 2027, at 9:00 a.m. |
| Length of trial | 3 days |

**IT IS SO ORDERED.**

Dated: April 1, 2026

Noël Wise
United States District Judge